435 A.2d 271

Commonwealth v. Pachilis, Appellant.

Submitted December 5, 1980. Gary D. Fronheiser, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.
Judgment of sentence affirmed.